**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CODY CHAPMAN**                                                                      **PLAINTIFF**
**ADC #94669**

**VS.**                                        **4:17-CV-00611 BRW-PSH**

**MIKE MOORE**, *et al.*                                                              **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district.  Except in circumstances not present in this case, federal venue is proper where the events giving rise to the claim occurred, or where any defendant resides.[1]  Plaintiff's allegations involve events that occurred in Boone County, and Defendants reside there.  Boone County is in the Harrison Division of the United States District Court for the Western District of Arkansas, and this case should have been brought there. A "district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."[2] Accordingly, the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 27th day of September, 2017.

 /s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).